LOWNDES LIPPITT, Respondent, v. RAYMOND M. HAGGERTY and RHODES BAKERIES, INC., Appellants.  (Action No. 1.)  JOSEPH SEIDER, Respondent, v. RAYMOND M. HAGGERTY and RHODES BAKERIES, INC., Appellant.  (Action No. 2.) RHODES BAKERIES, INC., Appellant, v. JOSEPH SEIDER, Respondent.  (Action No. 3.)  ROBERT C. FOX, Appellant, v. JOSEPH SEIDER, Respondent.  (Action No. 4.) — Order modified on the law by striking out the third ordering paragraph and by inserting in place thereof a provision that plaintiffs Rhodes Bakeries, Inc., in Action No. 3 and Robert C. Fox in Action No. 4 shall have the right to open and close, and as modified affirmed, without costs.  All concur.  (The order grants a motion of plaintiffs Lippitt and Seider in the first two actions and of defendant Seider in the last two actions, to change the place of trial in Actions 3 and 4 from Cattaraugus county to Erie county, and for consolidation of the actions, and denies motions of defendants in Actions 1 and 2 for change of place of trial from Erie county to Cattaraugus county.)  Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

MARTHA OATHOUT, Respondent, v. ALOIS HINTZEN, Appellant.— Order reversed on the facts, without costs of the appeal, and motion granted on condition that the defendant pay fifty dollars costs to the plaintiff within ten days from date of entry of this order, otherwise motion denied.  All concur.  (The order denies defendant's motion to vacate a default judgment entered in favor of plaintiff, in an automobile negligence action.)  Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS DAVID, Appellant.— Judgment of conviction affirmed.  All concur.  (The judgment convicts defendant of the crime of grand larceny, first degree.)  Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.